### In re UNITED PRESS.

(Supreme Court, Appellate Division, First Department. August 4, 1897.)

INSOLVENCY—SCHEDULE OF ASSETS—TIME FOR FILING.

 An order extending time to an assignee to file his schedule of assets will not be vacated where it does not appear that the applicant has any interest either in the estate or in making the application.

Appeal from special term, New York county.

In the matter of the general assignment of the United Press for the benefit of creditors to Frederick G. Mason, Louis Mutzinger obtained an order upon the assignee to show cause why an order extending to him 60 days' further time in which to file his inventory and schedule of the estate should not be vacated. It did not appear in the order to show cause, or in the petition of the assignee, or in the order extending his time to file his schedule, that Mutzinger was a creditor, or had any interest in the estate. From an order refusing

to vacate the order extending time to the assignee, Mutzinger appeals. Affirmed.

Argued before RUMSEY, WILLIAMS, PATTERSON, O'BRIEN, and PARKER, JJ.

B. Patterson, for appellant.

W. C. Davis, for respondent.

PER CURIAM. The order appealed from should be affirmed. The application was by way of order to show cause, and that order to show cause was not based upon any affidavit showing that the applicant was a creditor, or had any interest in the estate or in making the motion. The application was based alone upon the petition of the assignee, and the order made therein extending his time to file his schedule. It did not appear that the applicant had any standing in court to make the motion.

The order should be affirmed, with $10 costs and disbursements.